1  RICHARD J. KERN, 083485
   ERIC V. GRIJALVA, 264426
2  **PARKER, KERN, NARD & WENZEL**
   7112 N. Fresno Street, Suite 300
3  Fresno, California 93720
   Telephone: (559) 449-2558
4  Facsimile: (559) 449-2564

5  Attorneys for: Plaintiff, ZUCKERMAN FAMILY FARMS dba
   ZUCKERMAN-HERITAGE, INC., by CALIFORNIA AGRICULTURAL
6  NETWORK SELF INSURED GROUP, Administered by INTERCARE
   HOLDINGS INSURANCE SERVICES, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA AGRICULTURAL NETWORK SELF INSURED GROUP, Administered by INTERCARE HOLDINGS INSURANCE SERVICES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GRIMME LANDMASCHINENFABRIK GmbH & CO. KG; GRIMME LANDMASCHINENFABRIK GmbH; GRIMME NORTH AMERICA GmbH; SPUDNIK EQUIPMENT COMPANY, LLC; DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 2:16-CV-02669-JAM-CKD<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**<br><br>DATE: January 24, 2017<br>TIME: 1:30 p.m.<br>COURTROOM: 6 [14th Floor]<br>JUDGE: The Honorable John A. Mendez |

The matter came on regularly for hearing on January 24, 2017, at 1:30 p.m. in Courtroom No. 6 of the United States District Court, Eastern District of California, Sacramento Divison.

Attorney Eric V. Grijalva, Esq. of Parker, Kern, Nard & Wenzel appeared on behalf of plaintiff and moving party ZUCKERMAN FAMILY FARMS dba ZUCKERMAN-HERITAGE, INC., by CALIFORNIA AGRICULTURAL NETWORK SELF INSURED GROUP, Administered by INTERCARE HOLDINGS INSURANCE SERVICES, INC.

---
ORDER GRANTING PLAINTIFF'S MOTION TO REMAND
1

Attorney Rebekka R. Martorano, Esq. of The Ryan Law Group appeared on behalf of defendant SPUDNIK EQUIPMENT COMPANY, LLC.

The court, having considered all evidence, oral and documentary, hereby GRANTS plaintiff's motion to remand and orders as follows:

The above-entitled action is REMANDED to the Superior Court of the State of California, County of San Joaquin [matter filed under case number STK-CV-UPI-2016-0010265].

DATED: 2.7.2017

UNITED STATES DISTRICT COURT JUDGE

*Approved as to form and content*:

THE RYAN LAW GROUP

By: _____
Rebekka R. Martorano, Esq.

---

ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

2